# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| WANDA F. PORTER and MICHAEL H. PORTER, | ) ) ) |
| Plaintiffs, | ) Docket No. 3:22-cv-00129-DCLC-DCP ) |
| vs. | ) ) |
| COSTCO WHOLESALE CORP. and JOHN DOE, | ) ) ) |
| Defendants. | |

**<u>NOTICE OF FIRM NAME, ADDRESS, AND EMAIL ADDRESS CHANGE</u>**

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that effective immediately, the contact information for Jeffrey H. Glaspie, attorney for Plaintiffs, will be as follows:

> Jeffrey H. Glaspie
> GARZA LAW FIRM, PLLC
> 550 W. Main Street, Suite 340
> Knoxville, Tennessee 37902
> Telephone: 865-540-8300
> Facsimile: 865-474-9397
> Email: jeff@garzalaw.com

Respectfully submitted on April 13, 2022

> s/Jeffrey H. Glaspie
> Jeffrey H. Glaspie, BPR No. 033311
> GARZA LAW FIRM, PLLC
> 550 W. Main Street, Suite 340
> Knoxville, TN 37902
> Telephone: 865-540-8300
> *Attorney for Plaintiff*

1

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing *Notice of Firm Name and Email Change* was served by CM/ECF to the parties registered to the Court's CM/ECF system. This the 13th day of April, 2022.

    Brad A. Fraser (BPR No. 20087)
    Ethan D. Lavelle (BPR No. 035629
    LEITNER, WILLIAMS, DOOLEY & NAPOLITAN, PLLC
    900 South Gay Street
    Suite 1800 - Riverview Tower
    Knoxville, Tennessee 37902
    brad.fraser@leitnerfirm.com
    ethan.lavelle@leitnerfirm.com

    s/Jeffrey H. Glaspie
    Jeffrey H. Glaspie